[Civ. No. 960. Fourth Appellate District.—August 19, 1932.]

J. B. ROBINSON, Appellant, v. EL CENTRO GRAIN COMPANY et al., Respondents.

Louis Ferrari, T. J. Bricca, C. H. White and Gray, Cary, Ames & Driscoll for Appellant.

Harry W. Horton and Laurence H. Smith for Respondents.

MARKS, Acting P. J.—This is a motion to dismiss the appeal because the appellant's opening brief was not filed in time. The record shows that appellant was given to and including July 20, 1932, in which to file his brief; that on the morning of July 21st counsel for appellant applied to this court for a further extension of six days, which was not granted because the notice of motion to dismiss had been filed earlier that morning. ▮ The motion to dismiss was noticed for Tuesday, August 9, 1932, at 10 o'clock A. M., at which time appellant filed affidavits setting forth a reasonable excuse for his delay. Appellant's

opening brief was delivered to the clerk of this court for filing on July 25, 1932.

Upon the authority of the cases of *Righetti* v. *Monroe, Lyon & Miller*, 106 Cal. App. 346 [289 Pac. 650] , *Fishman* v. *Silva*, 108 Cal. App. 121 [291 Pac. 430], *Tyner* v. *Axt*, 111 Cal. App. 187 [295 Pac. 97], *Toth* v. *Metropolitan Life Ins. Co.*, 113 Cal. App. 55 [297 Pac. 564], *North* v. *Evans*, 114 Cal. App. 714 [300 Pac. 893], and *Snodgrass* v. *Hand, ante*, p. 265 [13 Pac. (2d) 769], the motion to dismiss is denied.

Jennings, J., and Morton, J., *pro tem.*, concurred.